| | |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISCTRICT OF WASHINGTON**<br>**AT TACOMA** |

| | |
|---|---|
| BRENTON DWAYNE THOMPSON,<br><br>                  Petitioner,<br><br>  v.<br><br>BRIAN WILLIAMS,<br><br>                  Respondent. | NO. C09-5265 RJB/KLS<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

       Before the Court is Respondent's Motion for Extension of Time to File an Answer to Petition for Writ of Habeas Corpus. Dkt. 15. The Respondent's answer is presently due on August 3, 2009. Dkt. 10. Petitioner has filed no opposition to Respondent's request for an extension.

       Respondent requests an extension of time until September 17, 2009 in which to file his answer to Mr. Thompson's habeas petition. Dkt. 15. Although he requested files pertaining to Mr. Thompson's case from the Washington state courts on June 23, 2009, Respondent states that he has not yet received any of the files requested from the Washington Court of Appeals and he requests additional time to obtain and review the relevant state court record and so that he may prepare his response to the habeas petition. *Id*., p. 2.

       Accordingly, it is **ORDERED:**

1. Respondent's motion for an extension of time (Dkt. 15) is **GRANTED.** Respondent shall file his answer **on or before September 17, 2009.**

2. The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this 11th day of August, 2009.

Karen L. Strombom
United States Magistrate Judge