UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| BRENTON DWAYNE THOMPSON, | |
|---|---|
| Petitioner, | No. C09-5265 RJB/KLS |
| v. | ORDER DENYING REQUEST TO EXPAND THE RECORD |
| BRIAN WILLIAMS, | |
| Respondent. | |

On December 21, 2009, Petitioner filed a letter to the clerk of the court requesting that additional material be added to the state court record (Dkt. 18) previously submitted by Respondent. Dkt. 26. However, this matter is stayed pending Mr. Thompson's exhaustion of his claims before the state courts and this habeas action has been administratively closed. Dkt. 25. The court will take no action in this case until Mr. Thompson has advised that he has received a final state court ruling.

Accordingly, Mr. Thompson's letter request for an enlargement of the record (Dkt. 26) is **DENIED.**

**DATED** this  11th  day of January, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER DENYING REQUEST TO EXPAND RECORD - 1