UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENTON DWAYNE THOMPSON,<br><br>                    Petitioner,<br>     v.<br><br>BRIAN WILLIAMS,<br><br>                    Respondent. | No. C09-5265 RJB/KLS<br><br>ORDER DIRECTING RESPONDENT TO FILE ANSWER TO PETITIONER'S LETTER REQUEST TO LIFT STAY |

    Before the court is a letter from Petitioner to the District Clerk, in which he encloses the "final ruling as determined by the Washington State Court of Appeals regarding [his] attempts to fully exhaust habeas claims six and seven." Dkt. 35.

    On October 26, 2009, the court granted Petitioner's Motion to Stay and Abey this habeas action while Petitioner returned to state court to pursue his sixth and seventh claims for habeas relief. Dkt. 25. On April 9 2010, Petitioner sent a letter to the Clerk of Court requesting that the court lift the stay because "the Washington state court of appeals has dismissed my state petition as frivolous." Dkt. 32. The court denied that request because Petitioner had not concluded one complete round of Washington's established appellate review process. Dkt. 34, p. 2.

    Respondent is asked to respond to Petitioner's latest request to lift the stay.

    Accordingly, it is **ORDERED**:

ORDER - 1

(1) Respondent shall file a response to Petitioner's request to lift the stay of this matter (Dkt. 35) on or before **June 25, 2010.**

(2) The Clerk is directed to send copies of this order to Petitioner and counsel for Respondent. The Clerk is further advised to attach a copy of Petitioner's letter (Dkt. 35) to this Order.

**DATED** this 9th day of June, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2