UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENTON DWAYNE THOMPSON,<br><br>      Petitioner,<br><br> v.<br><br>BRIAN WILLIAMS,<br><br>      Respondent. | No. C09-5265 RJB/KLS<br><br>ORDER GRANTING MOTION TO SUPPLEMENT AUTHORITIES |

Petitioner moves the Court to allow Petitioner to provide the following supplemental authorities as relevant to Petitioner's claim that the accomplice jury instruction was erroneous: *Waddington v. Sarausad,* 555 U.S. 179, 129 S. Ct. 823 (2009) and *Laird v. Horn,* 414 F.3d 419 (3rd Cir. 2005).

Petitioner's motion (ECF No. 49) is **GRANTED.**

DATED this   23rd   day of May, 2011.

                   */s/ Karen L. Strombom*
                   Karen L. Strombom
                   United States Magistrate Judge

ORDER - 1